UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY S. AUSTIN,

        Plaintiff,

                                                              Case No. 07-CV-15127

vs.

                                                              HON. GEORGE CARAM STEEH

COUNTRYWIDE HOME LOANS,
INC., et al.,

        Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO VACATE ORDER OF DISMISSAL

The Court entered an order granting defendants' motion to dismiss, and plaintiff has filed a motion to vacate order of dismissal and to reinstate all claims under Fed. R. Civ. P. 59(e). Plaintiff's motion merely restates the arguments he made in his response to the motion to dismiss. The Court duly considered all of the legal issues before issuing the dismissal order in this matter. Now, therefore,

IT IS HEREBY ORDERED that plaintiff's motion to vacate is DENIED.


Dated: December 11, 2008

                                            S/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
December 11, 2008, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk